NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CRESCENZO HOLDINGS, LLC;  )
DEMETER PROPERTIES, INC.;  )
HEIDI BEHRENDT; and DYLAN  )
ARNOLD,                    )
                          )
          Appellants,     )
                          )
v.                        )     Case No. 2D18-2051
                          )
1000 CHANNELSIDE          )
CONDOMINIUM ASSOCIATION,  )
INC., a Florida Corporation, )
                          )
          Appellee.       )
_____ )

Opinion filed June 5, 2019.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey,
Judge.

Ann M. Allison of Allison Law Group,
Temple Terrace, for Appellants.

David J. Lopez of James R. DeFurio,
P.A., Tampa, for Appellee.


PER CURIAM.

          Affirmed.


LaROSE, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.